**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ROBERT MILLER, JR., et al.,

    Plaintiffs,

v.                                     Case No.   3:17-cv-1305-J-34MCR

CAPITAL MANAGEMENT
SERVICES, LP,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court sua sponte.  On May 14, 2018, the Court entered an Order administratively closing this case pending further Order of the Court.  See Order (Dkt. No. 26; Order).  The Court also provided that the parties shall have until July 11, 2018, to file a joint stipulation of dismissal or other appropriate documents to close out this file.  See id.  The Court noted that, if the parties did not file settlement pleadings or a request for additional time by July 11, 2018, this case would automatically be deemed to be dismissed without prejudice.  See id.  As of this date, the parties have not filed a joint stipulation of dismissal or other appropriate documents.   Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of July, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record